184 So.2d 25

## TRUNKLINE GAS COMPANY

v.

## COLLECTOR OF REVENUE.

No. 48089.

March 28, 1966.

In re: Trunkline Gas Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 182 So.2d 674.

Writ refused. No error of law in the judgment of the Court of Appeal.

184 So.2d 25

## Lucy COLEMAN

v.

## Levell WINSEY.

No. 48091.

March 28, 1966.

In re: Lucy Coleman applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 183 So.2d 118.

Writ refused. On the facts found by the Court of Appeal the result is correct.